AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of South Carolina

| | |
|---|---|
| Darry Lynn Porter , | |
| *Plaintiff* | |
| v. | Civil Action No.    1:12-cv-435-RMG |
| South Carolina Department of Corrections;  Robert Ward, Acting Director of S.C.D.C.;  William Byars, Director of S.C.D.C.; Willie Eagleton, Warden Evans Correctional Institution; Mr. McFadden, Associate Warden Evans Corr. Inst.; Mr. Bethea, Head Classification Supervisor Evans Corr. Inst., | ) ) ) ) ) |
| *Defendant*s | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■  other: the plaintiff, Darry Lynn Porter, shall take nothing of the defendants; South Carolina Department of Corrections, Robert Ward, William Byars, Willie Eagleton, Mr. McFadden and Mr. Bethea; from the complaint filed pursuant to 42 U.S.C. § 1983 and this action is dismissed with prejudice.

This action was *(check one)*:

❒ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❒ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Richard M. Gergel, United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which dismissed the complaint with prejudice.

Date:   April 3, 2012

*CLERK OF COURT*

s/A. Buckingham

_____
*Signature of Clerk or Deputy Clerk*